IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JOE RANGER PICKETT, #128361  )
Full name and prison number  )
of plaintiff(s)              )
                             )
v.                           )   CIVIL ACTION NO. 2:05cv924-T
                             )   (To be supplied by Clerk of
Bob Riley, Donald Campbell, Leeposey Daniels, )   U.S. District Court)
                             )
Donald Adair, Franklin Brown, Michille Ellington, )
                             )
Roderick Browton, Demetrious Holstick, Ujreve )
                             )
Kimbrough, William Howard and Terrance )
                             )
McDonnell                    )
Name of person(s) who violated )
your constitutional rights.  )
(List the names of all the   )
persons.)                    )

RECEIVED
2005 SEP 28 A 9:14

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (✓)  NO (  )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (  )  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Carl Moore, et al.

            Defendant(s) Bob Riley, et al.

        2.  Court (if federal court, name the district; if state court, name the county) Middle District Of Alabama

3. Docket number  2:05-CV-669-F

4. Name of judge to whom case was assigned  U.S. Magistrate Charles S. Coody

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  Plaintiff was Striken as Plaintiff by U.S. Magistrate Coody

6. Approximate date of filing lawsuit  On or about July 2005

7. Approximate date of disposition  7-26-05

II. PLACE OF PRESENT CONFINEMENT  Kilby Correctional Facility, P.O. Box 150, Mt. Meigs, Alabama 36057-0150

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Montgomery Community Work Center in Conjunction with Kilby Correctional Facility all ALDOC.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

Bob Riley  State Capital, 600 Dexter Avenue, Room N-103, Montgomery, AL 36130
1. Donald Campbell  64 N. Union Street, Montgomery, AL 36130
   Lee Posey Daniels, P.O. Box 75, Mt. Meigs, AL 36057
2. Franklin Brown  P.O. Box 75, Mt. Meigs, AL 36057
   Terrance McDonnell, P.O. Box 150, Mt. Meigs, AL 36057-0150
3. Michille Ellington, P.O. Box 75, Mt. Meigs, AL 36057
   Roderick Brewton, P.O. Box 75, Mt. Meigs, AL 36057
4. Demetrious Holstick, P.O. Box 75, Mt. Meigs, AL 36057
   Donald Adzir, P.O. Box 75, Mt. Meigs, AL 36057
5. Clarence Kimbrough, P.O. Box 75, Mt. Meigs, AL 36057
6. William Howard, P.O. Box 75, Mt. Meigs, AL 36057

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  January 30, 2004 and Continously

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Defendants Riley, Campbell, Daniels, McDonnell in Conspiracy with other defendants herein violated Plaintiff Eighth and Fourteenth Amendment of the U.S. Constitution to be free from overcrowed health hazard imminent danger conditions.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants Riley Governor, Campbell Commissioner, Daniels Warden, McDonnell Warden acted in concert to violate and interfer with Plaintiff Eighth and Fourteenth Amendment Rights of the United States Constitution by forcing Plaintiff to live in overcrowed dilapidated Montgomery Community Work Center and Kilby Correctional Facilities with broken down plumbing with coloration poison drinking water coupled with human Feces leaking through the old unseal concrete floors and 4 stopped up tiolet bowels for 90 inmates, and lack of security with unwarranted beatings (of inmates).

GROUND TWO: Defendants Brown, Adzir, Ellington, Brewton, Holstick, Kimbrough and William Howard acting under color of state law conspired to violate Plaintiff Fourteenth Amendment, Fail to to follow Standard Operation Procedure as required by Admin. Reg. #403, §14-3-13 Code of Alabama (1975).

SUPPORTING FACTS: Defendants Brown, Howard, Kimbrough and Adzir acted in concert to violate Plaintiff on April 29, 2005, May 28, 2005 used an altered Criminal forged disciplinary document for an allege Rule 90 violation to punitive and Maliciously prosecute Plaintiff in violation of their own Standard operation procedure Admin. Reg. #403 for ALDOC governing 10 days serivice of process and only 1 re-initiation to shield defendant Howard criminal forgery of IOI K. Woods name who was the arresting officer in the process. Defendant Brown illegally admin. oaths.

GROUND THREE: Defendants Brewton, Ellington, Adzir and Holstick violated their own Stand Operation Procedure of Admin. Reg. #403, used tampered urine sample and illegally administer oaths to Maliciously Prosecute Plaintiff for punitive transfer in violation of Plaintiff 4th and 14th.

SUPPORTING FACTS: On 6, 2005, defendant Brewton and Holstick acted in concert taking a urine sample from Plaintiff in one cup, then defendant Holstick poured Plaintiff urine in another cup and stuck a sure drug test strip in the without the tempature seal, and on July 27, 2005, defendant Ellington without authorization illegally administered oaths and subsequently found Plaintiff guilty eventhough Admin. Reg. #403 requirements had not been met coupled with tampered urine. On July 27, 2005, the same defendant Adair approved the illegal process in violation of Plaintiff Due Process, and Plaintiff was punitively transferred to Kilby Corr. Fac. and stripped of his minimum custody status to medium. No State shall deprive any person their liberty interest without Due Process of law. U.S. Const. Amend. §14.1. 6 LEd.2d 1230 (1961).

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a preliminary injunction restraining order to defendant stop immediately housing Plaintiff at dilapidated imminent danger over 20 years old Kilby, stop retaliation, expunge punitive disciplinaries used to punitively transfer Plaintiff to 2 medium custody etc. without due process. Jury trial, Fed. Crim. Prosecution for interfering with Plaintiff Civil rights. for Punitive treatment, Plaintiff seek $150,000.00 in damages for loss of rights. 8th and 14th U.S. Const. Amd. And Attorney fees.

_Joe Ranger Pickett, #128361_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9-26-05
(Date)

_Joe Ranger Pickett, #128361_
Signature of plaintiff(s)

4