# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

JOE RANGER PICKETT

Plaintiff

V.

BOB RILEY, et al.,

DefendantS

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:05cv924-T

I, JOE RANGER PICKETT, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?  No    Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   November 2000  $800.00 per month

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes    ☒ No
   b. Rent payments, interest or dividends               ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No
   d. Disability or workers compensation payments        ☐ Yes    ☒ No
   e. Gifts or inheritances                              ☐ Yes    ☒ No
   f. Any other sources                                  ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?    ☑ Yes    ☐ No

    If "Yes," state the total amount. _See Sheet Attached_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value. _N/A_

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _N/A_

I declare under penalty of perjury that the above information is true and correct.

_9-26-05_
Date

_Jill Ranger Pickett_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                   KILBY CORRECTIONAL FACILITY


AIS #: 128361      NAME: PICKETT, JOE R.            AS OF: 09/26/2005

                   # OF        AVG DAILY        MONTHLY
         MONTH     DAYS        BALANCE          DEPOSITS
-----------------------------------------------------------------------

         SEP        4          $0.00            $0.00
         OCT       31          $0.00            $0.00
         NOV       30          $0.00            $0.00
         DEC       31          $0.00            $0.00
         JAN       31          $0.00            $0.00
         FEB       28          $0.00            $0.00
         MAR       31          $0.00            $0.00
         APR       30          $0.00            $0.00
         MAY       31          $0.00            $0.00
         JUN       30          $0.00            $0.00
         JUL       31          $0.00            $0.00
         AUG       31          $2.88            $5.80
         SEP       26          $0.66            $20.00
```

RECEIVED 2005 SEP 28 A 9: 14 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA