2:05CV924-T

JOE RANGER PICKETT
#128361
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017-2615


OCTOBER 5, 2005


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
    P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711


RE: Pickett V. Riley, et al.


I am writing you in order to inform you of my change
of Address from Kilby to Easterling.



                              Respectfully submitted,
                              Joe Ranger Pickett 128361



CC: Filed.