IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2005 NOV -3 A 9:52

JOE RANGER PICKETT,
   Plaintiff,

V.

BOB RILEY, et al.,
   Defendants.

CIVIL ACTION NO.
2:05CV924-T

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS TO THE UNITED STATES COURT OF APPEALS ELEVENTH CIRCUIT

COMES now the Plaintiff Joe Ranger Pickett by and through Pro Se hereby move the District Court on Motion to Proceed on Appeal in forma pauperis to the United States Court of Appeals Eleventh Circuit from the district Court Order, Judgment, and Decree issued on October 31, 2005, and in support Plaintiff states the following:

1. Plaintiff is indigent and financial status have not change since Plaintiff filed his forma pauperis in this district court.

2. Plaintiff is an incarcerated prisoner who have a First and Fourteenth Amendment Rights of the United States Constitution to Access to the Courts and Equal Protection to the Laws, especially in light of imminent danger, due to overcrowding dilapidated facilities.

Done this 2nd day of November 2005.

Respectfully submitted,
Joe Ranger Pickett, Plaintiff
Joe Ranger Pickett, #128361