IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOE RANGER PICKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv924-T |
| | ) | (WO) |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Because a certificate of appealability is not required in a non-habeas case, it is ORDERED that plaintiff's motion for a certificate of appealability (Doc. No. 8) is denied as moot.

DONE, this the 8th day of November, 2005.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE