IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16111-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 0 1 2005
THOMAS K. KAHN
CLERK

JOE RANGER PICKETT,
aka Joe Pickett,

           Plaintiff-Appellant,

versus

BOB RILEY,
DONAL CAMPBELL, et al.,

           Defendants-Appellees.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 1st day of December, 2005.

        THOMAS K. KAHN
        Clerk of the United States Court
        of Appeals for the Eleventh Circuit

        By: Nancy Holbrook
            Deputy Clerk

        FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

ORD-40